Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN SALTER;<br><br>Plaintiff;<br><br>v.<br><br>MICHAEL COLLINS; PROGRESSIVE ADVANCED INSURANCE COMPANY; ROE INSURER I-V; ROE CLAIM HANDLER I-V; ROE COMPANY I-V;<br><br>Defendants. | Case No.: 2:25-cv-01320-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND [ECF NO. 7]** |

COME NOW the parties appearing in the above-captioned suit, through undersigned counsel, and hereby stipulate and agree to extend the date for Plaintiff to file his reply in support of his Motion to Remand [ECF No. 7]. His reply is currently due on September 10, 2025, and the Defendant has provided the professional courtesy to Plaintiff's counsel to extend this deadline such

/ / /

— 1 —

1  that the reply will be due on or before September 17, 2025.

2      IT IS SO STIPULATED this 10th day of September, 2025.

_/s/ Daniel Price_____      __/s/ James Harper (with permission)_
Daniel R. Price (NV Bar No. 13564)      James E. Harper (NV Bar No. 9822)
Christopher Beckstrom (NV Bar No. 14031)      Sabrina G. Wibicki (NV Bar No. 10669)
Janice Parker (NV Bar No. 14102)      HARPER SALEM
PRICE & BECKSTROM      1935 Village Center Circle
1404 S. Jones Blvd.      Las Vegas, NV 89134
Las Vegas, Nevada 89146

                 IT IS SO ORDERED:

                 _____
                 **UNITED STATES DISTRICT JUDGE**

                 **DATED**:  September 11, 2025