James E. Harper, Esq.
Nevada Bar No. 9822
**HARPER WIXOM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax:    (702) 252-5006
Email: eservice@harperwixom.com
*Attorneys for Defendant*
*Progressive Advanced Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JORDAN SALTER; | Case No.  2:25-cv-01320-RFB-MDC |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| MICHAEL COLLINS; PROGRESSIVE ADVANCED INSURANCE COMPANY; ROE INSURER I-V; ROE CLAIM HANDLER I-V; ROE COMPANY I-V; | |
| Defendants. | |

Defendant, Progressive Advanced Insurance Company hereby substitutes James E. Harper, Esq. of the law firm of HARPER WIXOM, 1935 Village Center Circle, Las Vegas, Nevada 89134, telephone number (702) 252-5002, fax number (702) 252-5006, as attorney of record in place and stead of James E. Harper, Esq. of the law firm of HARPER | SELIM as its attorney of record in the above-entitled action.

/ / /

/ / /

/ / /

I hereby consent to substitute James E. Harper, Esq. of the law firm of HARPER WIXOM in the place and stead of James E. Harper, Esq. of the law firm of HARPER | SELIM as my attorneys of record in the above-entitled action.

DATED this 9th day of February, 2025.

PROGRESSIVE ADVANCED INSURANCE COMPANY

/s/ *Patrick Reedy*
Patrick Reedy
Claims Specialist Senior

I hereby consent to substitute James E. Harper, Esq. of the law firm of HARPER WIXOM in the place and stead of James E. Harper, Esq. of the law firm of HARPER | SELIM as attorneys of record Defendant, Progressive Advanced Insurance Company, in the above-entitled action.

DATED this 9th day of February, 2025.

HARPER | SELIM

/s/ *James E. Harper*
James E. Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134

/ / /

/ / /

/ / /

/ / /

2

I am duly admitted to practice in this District and hereby accept this substitution.

DATED this 9th day of February, 2026.

HARPER WIXOM


/s/ *James E. Harper*
James E. Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, NV 89134


Please check one:  __X__ RETAINED, or _____ APPOINTED BY THE COURT

**ORDER**

APPROVED:

DATED: February 12, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

3